No. 728. AMALGAMATED MEAT CUTTERS & BUTCHER WORKMEN OF NORTH AMERICA, LOCAL No. 427, AFL, ET AL. *v.* FAIRLAWN MEATS, INC. Supreme Court of Ohio.

Certiorari granted. The Solicitor General is invited to file a brief in this case on behalf of the National Labor Relations Board. *Joseph M. Jacobs, Mozart G. Ratner* and *Mortimer Riemer* for petitioners. *Stanley Denlinger* for respondent.